**RECORD IMPOUNDED**

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1809-18T3

P.E.A.,

     Plaintiff-Respondent,

v.

Y.A.,

     Defendant-Appellant.

_____

Argued October 21, 2019 – Decided February 10, 2020

Before Judges Rothstadt and Mitterhoff.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Bergen County, Docket No. FV-02-0728-19.

Barry H. Evenchick argued the cause for appellant (Pashman Stein Walder Hayden, PC, attorneys; Barry H. Evenchick, Carolann M. Aschoff and Frank M. Gennaro, on the briefs).

Marc J. Poles argued the cause for respondent (Sherwood & Johnson, LLC, attorneys; Matthew Wayne Johnson and Erin K. Burke, on the brief).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2